

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2022

No. 04-22-00114-CV

Chris **SCHAPIRA** and Patricia Benitez,
Appellants

v.

Javier **SALAZAR**, Individually and Kayla Flores, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-08671
Honorable Aaron Haas, Judge Presiding

## O R D E R

The clerk's record was originally due March 4, 2022, but was not filed. On March 7, 2022, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellants had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellants were not entitled to appeal without paying the fee.

We therefore **ORDER** appellants to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee **by March 17, 2022**. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2022.



Michael A. Cruz,
Clerk of Court